IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM B. HALL,<br>    Petitioner | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-3448 |
| | : | |
| U.S. PAROLE COMMISSION,<br>    Respondent | : | |

### ORDER

ROBERT F. KELLY

AND NOW, this 13th day of March, 2008, upon independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of habeas corpus is conditionally granted. The matter shall be remanded to the United States Parole Commission for recalculation of petitioner's maximum release date within sixty (60) days or petitioner shall be released without further action of this court.

3. The Clerk of the court shall mark this case closed for statistical purposes.

BY THE COURT:

_/s/ Robert F. Kelly_
ROBERT F. KELLY, J.